THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Pattie Williams Syphrett,       
Appellant.
 
 
 

Appeal From Orangeburg County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2003-UP-090
Submitted September 25, 2002  Filed 
 January 30, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM:  Pattie Williams Syphrett appeals 
 her convictions for murder, kidnapping, and criminal conspiracy.  Counsel for 
 Syphrett attached to the final brief a petition to be relieved as counsel.  
 Syphrett did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Syphretts 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.